| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/12/2019 |

------------------------------------------------------------- X
STACEY MERCER, *an individual*,     :
:
                             Plaintiff,     :
:     19-CV-2845 (VEC)
                -against-     :
:     <u>ORDER</u>
:
QUEEN ANNE INN, INC., *a foreign*     :
*corporation*,     :
:
                         Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on June 7, 2019 (Dkt. 7), the parties notified the Court that they have reached an agreement in principle resolving all issues;

      WHEREAS on June 11, 2019 (Dkt. 8), the Court ordered that this action would be dismissed with prejudice and without costs (including attorneys' fees) to either party on July 11, 2019 unless one or more parties filed a letter before that date requesting that the action not be dismissed; and

      WHEREAS no party has filed a letter requesting that this action not be dismissed,

      IT IS HEREBY ORDERED THAT this case is DISMISSED with prejudice and without costs (including attorneys' fees) to either party. The Clerk of Court is respectfully directed to terminate all open motions and close the case.

**SO ORDERED.**

**Date: July 12, 2019**                                        _____
      **New York, New York**                       **VALERIE CAPRONI**
                                                                 **United States District Judge**